# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| BRAD ANDREWS, EUGENIO BALLESTEROS, RICHARD BEDDOW, LOREN BENDER, DANIEL BROWN, NORBERT DEAN, DANIEL DECKER, HOWARD DEMSKY, ROI EWELL, THIRUNELLAI GANESHAN, STEVEN GLASHOWER, DAVID HAMMER, MICHAEL HARTMAN, SCOTT HELMSTEDTER, RONALD LOIDA, DONALD MILLS, TERRY PRATHER, ROY RIEVE, and CHARLES WETESNIK, | § § § § § § § § § § § § § § § § § | No. 222, 2023<br><br>Court Below: Court of Chancery of the State of Delaware<br><br>C.A. No. 2020-0955 |
| Defendants Below, Appellants, | § § § | |
| v. | § § | |
| SEAWORLD ENTERTAINMENT, INC., | § § § | |
| Plaintiff Below, Appellee. | § § § § | |

Submitted: February 14, 2024
Decided: February 15, 2024

Before **SEITZ**, Chief Justice; **LEGROW**, and **GRIFFITHS**, Justices.

## <u>ORDER</u>

This 15th day of February, 2024, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the

reasons stated in the Letter Opinion dated May 19, 2023, and the Order dated May 26, 2023 granting Plaintiff's Motion for Judgment on the Pleadings and Motion to Dismiss Counterclaims.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice